Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
David Eduardo Cruz Cruz

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 20-059 MMC |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA AND SENTENCING HEARING |
| DAVID EDUARDO CRUZ CRUZ, | |
| Defendant | |

The above-captioned matter is set for an in-person change of plea and sentencing hearing on September 23, 2020. A modified criminal history PSR has been ordered.

Undersigned defense counsel has been addressing some medical issues, and additional time is needed to prepare.  Moreover, the modified PSR has not yet been provided.  The parties therefore request and stipulate to continue the change of plea and sentencing hearing to October 21, 2020, the next available date for an in-person appearance that works for the parties and Probation.  The defendant consents to this continuance.

Finally, the parties request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for effective preparation and continuity of counsel.

//

**SO STIPULATED:**

Dated: September 15, 2020

DAVID ANDERSON
UNITED STATES ATTORNEY


_____/s/_____
Mari Overbeck
Assistant United States Attorney


Dated: September 15, 2020

_____/s/_____
Adam Pennella
Counsel for David Eduardo Cruz Cruz


**SO ORDERED:**

For the reasons stated above, the change of plea and sentencing hearing currently scheduled for September 23, 2020, is hereby CONTINUED to October 21, 2020, at 2:15 p.m.

The Court also finds that, for the reasons stated in the parties' stipulation, exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 23, 2020, through October 21, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Denying the requested exclusion of time would deprive defendant effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Dated:  September 16, 2020

Honorable Maxine M. Chesney
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING                                       2